**SEALED**

**FILED**
**Dec 01, 2020**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO DELGADO-MONTENEGRO, et.al.<br><br>Defendants. | CASE NO.   1:20-MJ-00138-SKO<br><br>**UNDER SEAL**<br><br>ORDER SEALING COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation,

IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court. A redacted version of the complaint may, however, be provided to counsel as defendants are arrested and the complaint is required to be provided to the defendant for their initial appearances.

Dated: November 30, 2020

_____
HONORABLE SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant            1